### 52080. GREESON et al. v. THE STATE.

McMURRAY, Judge.

The Supreme Court of Georgia in *State v. Greeson,* 237 Ga. 193 (1), having reversed this court in its ruling in Division 3 reported in *Greeson v. State,* 138 Ga. App. 572 (3) (226 SE2d 769), that portion of the opinion is stricken in its entirety. The Supreme Court holds that the construction placed upon *Spaulding v. State,* 232 Ga. 411, 413 (4) (207 SE2d 43) was not properly followed. The instruction complained of was within the parameters of *Spaulding,* and there is no merit in enumeration of error no. 3.

But the Supreme Court also affirmed the judgment of reversal for the reason stated in Division 4 of our opinion. Accordingly, the judgment of reversal still stands.

*Judgment reversed. Marshall and Smith, JJ., concur.*

ARGUED APRIL 8, 1976 — DECIDED OCTOBER 4, 1976.

*Garland, Nuckolls & Kadish, John A. Nuckolls,* for appellant.

*David N. Vaughan, Jr., District Attorney,* for appellee.